**Order issued May 13, 2014,**        **Withdrawn; Order filed May**
**20, 2014.**



In The

# Fourteenth Court of Appeals

NO. 14-13-00901-CV

**BARBARA ULMER, Appellant**

**V.**

**DEREK ANTHONY JENKINS, SR., Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-44247**

---

## ORDER

On May 13, 2014, this court issued an order abating the appeal and directing the trial court to conduct a hearing to determine why the supplemental reporter's record ordered by this court on February 27, 2014, had not been filed. On May 16, 2014, appellant filed a motion to dismiss the appeal.

Accordingly, we **WITHDRAW** this court's order issued May 13, 2014, abating the appeal and directing the trial court to conduct a hearing. The appeal is ordered **REINSTATED.**

PER CURIAM